**No. 24-07158**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

————

DONIECE DRAKE and DEBORAH BOWLING, individually
and on behalf of all others similarly situated,

*Plaintiffs-Appellees,*

*v.*

BAYER HEALTHCARE LLC,

*Defendant-Appellant.*

————

On Appeal from the United States District Court
for the Southern District of California
Case No. 22-cv-1085-MMA (JLB) | Hon. Michael M. Anello

————

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR PANEL REHEARING AND FOR REHEARING
EN BANC**

————

Katherine C. Yarger
LEHOTSKY KELLER COHN LLP
700 Colorado Blvd., #407
Denver, CO 80206

Alexis Swartz
LEHOTSKY KELLER COHN LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735

Jonathan F. Cohn
   *Counsel of Record*
Shannon G. Denmark
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Washington, DC 20001
(512) 693-8350
jon@lkcfirm.com

*Counsel for Defendant-Appellant*

Pursuant to Federal Rules of Appellate Procedure 26(b) and 40(d)(1), Defendant-Appellant Bayer Healthcare LLC ("Bayer") respectfully moves this Court for a 14-day extension of time, up to and including May 19, 2026, within which to file a petition for panel rehearing and for rehearing en banc. As further set forth below and in the attached declaration, there is good cause and substantial need for the requested extension because of the work schedules of counsel, the importance and complexity of the issues raised, and specific deadlines in other matters. *See* Decl. of Jonathan F. Cohn ("Cohn Decl.") ¶ 3. *Appellees do not oppose the requested extension*.

## I.   Background

This case is an appeal from a district court's class certification order and concerns significant questions regarding class certification and Article III standing. On November 21, 2024, this Court granted Bayer's Petition for Leave to Appeal, *see Drake, et al. v. Bayer Healthcare LLC*, Case No. 24-05956, and the above-captioned appeal was opened. On April 21, 2026, a panel of this Court issued its decision. Under Federal Rule of Appellate Procedure

40(d)(1), the deadline for filing a petition for panel rehearing and for rehearing en banc is May 5, 2026.

## II. Grounds for Extension

This Court may extend the time for filing a petition for panel rehearing and for rehearing en banc for good cause. *See* Fed. R. App. P. 26(b), 40(d)(1). Bayer is diligently preparing its petition for panel rehearing and for rehearing en banc but requires additional time to file a petition for the following reasons:

1.  Lead counsel for Bayer has preexisting time-sensitive filings and deadlines in other matters. Cohn Decl. ¶ 3. These deadlines include:

     a.  An April 23, 2026, Oral Argument before this Court in *Bandary v. Delta Air Lines, Inc.*, Case No. 24-7204.

     b.  A mediation session on April 27, 2026.

     c.  A summary judgment brief due April 30, 2026, in *Bumpas v. Missouri Housing Development Commission*, E.D. Mo., Case No. 4:24-cv-01047.

d. A responsive pleading due April 30, 2026, in *Gonzalez v. Outliers, Inc.*, S.D.N.Y., Case No. 25-cv-10790.

2. A core member of Bayer's litigation team who plays a central role in briefing this matter is currently on parental leave with a return date of April 30, 2026. Cohn Decl. ¶ 3.

3. This case presents important and complex questions concerning class certification under Rule 23(b)(3) and Article III. Bayer requires more time to fully address the complexity and importance of these issues in its petition for panel rehearing and for rehearing en banc. *Id.*

4. Due to the significance of the issues raised by Bayer in this appeal, several amici curiae filed briefs in support of Bayer. Bayer requires additional time to coordinate with amici who may want to file a brief in support of the petition for rehearing. *Id.*

This is Bayer's first request for an extension of this deadline. The requested 14-day deadline is narrow and will not unduly delay these proceedings while allowing Bayer adequate time to fully prepare its petition.

## III. Opposing Counsel

Counsel for Bayer conferred with Counsel for Appellees on April 22, 2026. Cohn Decl. ¶ 4. Counsel for Appellees does not oppose the relief requested in this motion. *Id.*

## IV. Conclusion

For the foregoing reasons, Bayer respectfully requests that this Court extend the deadline to file a petition for panel rehearing and for rehearing en banc by 14 days, from May 5, 2026, up to and including May 19, 2026.

Dated: April 22, 2026                     Respectfully submitted,

                                          /s/ *Jonathan F. Cohn*
Katherine C. Yarger                       Jonathan F. Cohn
LEHOTSKY KELLER COHN LLP                      *Counsel of Record*
700 Colorado Blvd., #407                  Shannon G. Denmark
Denver, CO 80206                          Jacob B. Richards
                                          LEHOTSKY KELLER COHN LLP
Alexis Swartz                             200 Massachusetts Ave., NW
LEHOTSKY KELLER COHN LLP                  Washington, DC 20001
7500 Rialto Blvd., Suite 1-250            (512) 693-8350
Austin, TX 78735                          jon@lkcfirm.com

4

5

*Counsel for Defendant-Appellant*

## DECLARATION OF JONATHAN F. COHN

I, Jonathan F. Cohn, do hereby declare as follows:

1. I am a managing partner of the law firm of Lehotsky Keller Cohn LLP, counsel for Defendant-Appellant Bayer Healthcare LLC ("Bayer"). Except as otherwise stated, the matters set forth herein are based upon my personal knowledge, and I could and would testify competently thereto if called upon to do so.

2. This Court issued its opinion in this case on April 21, 2026. *Drake, et al. v. Bayer Healthcare LLC*, Case No. 24-07158, ECF No. 64.

3. The current deadline to file a petition for panel rehearing and rehearing en banc is May 5, 2026. Counsel for Bayer is diligently preparing Bayer's petition for panel rehearing and for rehearing en banc but believes there is good cause and a substantial need for a 14-day extension of time to May 19, 2026, in light of the following factors:

   a. I have ongoing responsibilities in other matters with preexisting time-sensitive filings and deadlines that will

require considerable attention within the next 14 days, including the following:

    i.      An April 23, 2026, Oral Argument before this Court in *Bandary v. Delta Air Lines, Inc.*, Case No. 24-7204.

    ii.      A mediation session on April 27, 2026.

    iii.      A summary judgment brief due April 30, 2026, in *Bumpas v. Missouri Housing Development Commission*, E.D. Mo., Case No. 4:24-cv-01047.

    iv.      A responsive pleading due April 30, 2026, in *Gonzalez v. Outliers, Inc.*, S.D.N.Y., Case No. 25-cv-10790.

b.    Another core member of Bayer's litigation team who plays a central role in briefing this matter is currently on parental leave with a return date of April 30, 2026.

c.    This appeal concerns significant and complex questions regarding class certification and Article III standing, and Bayer requires more time to fully address the complexity

7

and importance of the issues in this appeal in its petition for panel rehearing and for rehearing en banc.

d.　Due to the significance of the issues raised by Bayer in this appeal, several amici curiae filed briefs in support of Bayer. Bayer requires more time to coordinate with amici who may want to support Bayer's rehearing petition.

4.　On April 22, 2026, I conferred with Counsel for Appellees. Counsel for Appellees does not oppose the request for an extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Pasadena, California on April 22, 2026.

/s/ Jonathan F. Cohn
Jonathan F. Cohn

8