UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**



JUN 25 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DONIECE DRAKE and DEBORAH BOWLING,<br><br>      Plaintiffs - Appellees,<br><br>  v.<br><br>BAYER HEALTHCARE LLC,<br><br>      Defendant - Appellant. | No. 24-7158<br><br>D.C. No.<br>3:22-cv-01085-MMA-JLB<br><br>Southern District of California,<br>San Diego<br><br>MANDATE |

The judgment of this Court, entered April 21, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT